# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BROCATO,<br><br>        Plaintiff,<br><br>  v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | Case No. CV 06-00575 CJC (JEM)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. Section 636, the Court has reviewed the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has expired, and no Objections have been filed. The Court concurs with and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS HEREBY ORDERED that Defendants' Motion to Dismiss is granted and judgment shall be entered dismissing this action with prejudice.

DATED: October 26, 2009

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE