# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK BROCATO,<br><br>        Plaintiff,<br><br>        v.<br><br>DEPARTMENT OF CORRECTIONS, et al.,<br><br>        Defendants. | Case No. CV 06-00575-CJC (JEM)<br><br>**JUDGMENT** |

    In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: October 26, 2009

                                                  CORMAC J. CARNEY<br>
                                        UNITED STATES DISTRICT JUDGE